HANNELORE GAZERWITZ, Individually and as Administratrix, of the Estate of EDWARD GAZERWITZ, Deceased, Respondent, v. ALBERT G. ADRIAN,

Appellant.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.